IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SAFER MEDICAL OF MONTANA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LL's MAGNETIC CLAY, INC., d/b/a ENVIROMEDICA, <br><br> Defendant. | Cause No. CV-17-70-GF-BMM <br><br> **ORDER GRANTING PLAINTIFF'S AMENDED UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE** |

The Court has reviewed the Plaintiff's Amended Unopposed Motion to Dismiss Without Prejudice. The Motion is unopposed and is filed as a result of an order recently issued in the related action pending in Cause No. 1:17-cv-00649-SS in the Western District of Texas, Austin Division.

Good cause appearing therefrom, it is ordered that Plaintiff's Amended Unopposed Motion to Dismiss Without Prejudice is granted. This action is hereby dismissed without prejudice.

DATED this 21st day of November, 2017.

_Brian Morris_
Brian Morris
United States District Court Judge